# United States Bankruptcy Court
# District of Arizona

**IN RE:** Case No. 2:09-bk-13232

Michael Pylman Dairy L.L.C. Chapter 11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Legacy Farming Company-Partnership<br>3825 S 99th Avenue<br>Tolleson, AZ 85353 | | | | 624,963.90 |
| Arizona Grain, Inc.<br>PO Box 11188<br>Casa Grande, AZ 85230-1188 | | | | 522,023.59 |
| O&E Farms Partnership<br>PO Box 430<br>Buckeye, AZ 85326 | | | | 381,028.30 |
| NAN Consulting & Nutrition<br>PO Box 7178<br>Chandler, AZ 85246-7178 | | | | 317,150.31 |
| Imperial Western Products<br>PO Box 1110<br>Coachella, CA 92236 | | | | 234,651.00 |
| Diamond Q Farms<br>13339 W Beverly<br>Goodyear, AZ 85323 | | | | 224,185.24 |
| Western Milling<br>Dept 9287<br>Los Angeles, CA 90084-9287 | | | | 161,578.50 |
| Tom Perry Farms<br>4038 S Turquiose Drive<br>Buckeye, AZ 85326 | | | | 152,093.92 |
| A & M Livestock<br>Hiway 43 And Houston Ave.<br>PO Box 96<br>Hanford, CA 93232-0096 | | | | 116,888.88 |
| Herd Health Mgmt<br>PO Box 809<br>Gilbert, AZ 85299 | | | | 116,290.78 |
| Walter Jensen Cattle Co. Inc.<br>PO Box 65<br>Kingsburg, CA 93631 | | | | 111,000.00 |
| VSI<br>Veterinary Supply International L.P<br>PO Box 809<br>Gilbert, AZ 85299 | | | | 85,494.02 |
| Anderson Clayton Corporation<br>25500 W Southern Ave<br>Buckeye, AZ 85426 | | | | 69,799.52 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **WSA Farms, LLC**<br>**3825 S 99th Ave**<br>**Tolleson, AZ  85353** | **65,827.00** |
| **Coe & Van Loo Consultants Inc**<br>**4550 N 12th Street**<br>**Phoenix, AZ  85014** | **49,506.94** |
| **Calva Products Inc**<br>**PO Box 126**<br>**4351 Winery Road**<br>**Acampo, CA  95220** | **46,786.32** |
| **Maricopa County Treasurer**<br>**PO Box 52133**<br>**Phoenix, AZ  85072-2133** | **46,696.07** |
| **D&R Farms Partnership**<br>**PO Box 339**<br>**Buckeye, AZ  85326** | **43,230.00** |
| **Korral Kool Service**<br>**3355 North Reseda**<br>**Mesa, AZ  85215** | **42,227.69** |
| **Energy Feed International, LLC**<br>**PO Box 6039**<br>**Lago Vista, TX  78645** | **34,701.68** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 15, 2009** Signature: ***/s/ Michael Pylman***

**Michael Pylman, Trustee-The Michael and Ilene Trust**
(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Arizona**

**IN RE:** Case No. **2:09-bk-13232**

**Michael Pylman Dairy L.L.C.** Chapter **11**

Debtor(s)

## DECLARATION

I hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **8** sheet(s), is complete, correct and consistent with the debtor(s)' schedules pursuant to Local Bankruptcy Rule 1007.

Date: **June 15, 2009** Signature: ***/s/ Michael Pylman***
**Michael Pylman, Trustee-The Michael and Ilene Trust** Debtor

Date: ____________ Signature: ____________
Joint Debtor, if any

Date: **June 15, 2009** Signature: ***/s/ William L. Needler***
**William L. Needler IL #0202548** Attorney (if applicable)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

A & M LIVESTOCK
HIWAY 43 AND HOUSTON AVE
PO BOX 96
HANFORD CA 93232-0096

A PROFESSIONAL IMAGE INC
1140 S SAN JOSE STE 1
MESA AZ 85202-3279

ABS GLOBAL INC
PO BOX 22144
NETWORK PLACE
CHICAGO IL 60673-1221

AGRA KEY SOLUTIONS LLC
329 SOUTH 417 EAST
JEROME ID 83338

ALLIED WASTE SERVICES
#753
PO BOX 78829
PHOENIX AZ 85062-8829

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-0001

ANDERSON CLAYTON CORPORATION
25500 W SOUTHERN AVE
BUCKEYE AZ 85426

ANTON SPORT
905 N SCOTTSDALE ROAD
TEMPE AZ 85281

AQUA PERFECT
PO BOX 13604
PHILADELPHIA PA 19101-3604

ARIZONA DEPT OF AGRICULTURE(ADA)
ENVIRONMENTAL SERVICES DIVISION
1688 W ADAMS
PHOENIX AZ 85007

ARIZONA DHIA
2465 W 12TH ST #1
TEMPE AZ 85281

ARIZONA GRAIN INC
PO BOX 11188
CASA GRANDE AZ 85230-1188

ARIZONA MACHINERY
11111 W MC DOWELL RD
AVONDALE AZ 85392-5000

AUTHORITY OF COUNTY OF MARICOPA SOLID
WASTE REVENUE BANDS C/O WR TAYLER & CO
4740 WOODMERE BLVD
MONTGOMERY AL 36106-3065

BREN CON PEST CONTROL
PO BOX 1745
BUCKEYE AZ 85426

CABLEONE
PO BOX 78404
PHOENIX AZ 85062-8404

CALVA PRODUCTS INC
PO BOX 126
4351 WINERY ROAD
ACAMPO CA 95220

CAPITAL WATER TREATMENT INC
6610 NORTH 57TH DRIVE
GLENDALE AZ 85301

COE & VAN LOO CONSULTANTS INC
4550 N 12TH STREET
PHOENIX AZ 85014

CROAKED CATTLE CO
6730 E MC DOWELL ROAD #123
SCOTTSDALE AZ 85257

D&K FARMING ENTERPRISE LLC
18107 W DUNLAP
GOODYEAR AZ 85338

D&R FARMS PARTNERSHIP
PO BOX 339
BUCKEYE AZ 85326

DAIRY BUSINESS
6437 COLLAMER ROAD EAST
SYRACUSE NY 13057-1031

DE LAVAL DAIRY DIRECT DISTRIBUTION
DIVISION OF DELAVAL INC
300 S HAMILTON PLACE
GILBERT AZ 85233-5505

DEL RIO INDUSTRIES
5424 E LAFAYETTE BLVD
PHOENIX AZ 85018-4522

DHI COMPUTING SERVICE INC
1525 WEST 820 NORTH
PROVO UT 84601

DIAMOND Q FARMS
13339 W BEVERLY
GOODYEAR AZ 85323

EARL CURLEY & LAGARDE PC INC
3101 N CENTRAL AVE STE 1000
PHOENIX AZ 85012

ENERGY FEED INTERNATIONAL LLC
PO BOX 6039
LAGO VISTA TX 78645

EWING IRRIGATION PRODUCTS INC
3441 E HARBOUR DRIVE
PHOENIX AZ 85034

FERRELLGAS
PO BOX 173940
DENVER CO 80217-3940

GENEX
PO BOX 469
100 MBC DR
SHAWANO WI 54166-0469

H&L MEDICAL SPECIALISTS INC
3014 N HAYDEN RD STE 103
SCHTTSDALE AZ 85251

HERD HEALTH MGMT
PO BOX 809
GILBERT AZ 85299

HOMETOWN TRU VALUE HARDWARE
1511 E MC 85
BUCKEYE AZ 85326

IMPERIAL WESTERN PRODUCTS
PO BOX 1110
COACHELLA CA 92236

IRON CITY RENTALS LLC
1240 S AKIMEL
CHANDLER AZ 85226

JAIME PADILLA
19916 W MEDLOCK DR
LITCHFIELD AZ 85340-9433

JOEY A BERTAO
BERTAO LIVESTOK - SOLE PROP
13256 ELDER AVENUE
HANFORD CA  93230

JOHN DEERE CREDIT
PO BOX 4450
CAROL STREAM IL  60197

K2G COMPPUTER CONSULTING
2432 W PERORIA #1222
PHOENIX AZ  85029

KEYWEST LOCK & SAFE INC
215 N LITCHFIELD RD
GOODYEAR AZ  85338

KORRAL KOOL SERVICE
3355 NORTH RESEDA
MESA AZ  85215

LAWLEY'S INC
PO BOX 3880
TURLOCK CA  95381

LEGACY FARMING COMPANY-PARTNERSHIP
3825 S 99TH AVENUE
TOLLESON AZ  85353

M&I BANK
ONE EAST CAMELBACK RD
PHOENIX AZ  85015

MARICOPA COUNTY
TREASURER
PO BOX 78574
PHOENIX AZ  85062-8574

MARICOPA COUNTY TREASURER
PO BOX 52133
PHOENIX AZ  85072-2133

MAST LAW FIRM PC
2415 E CAMELBACK RD STE 1050
PHOENIX AZ 85016

MBC VI LLC
1801 SOUTH MEYERS SUITE 50
OAK BROOK IL 60181

MICHAEL B PYLMAN TRUST
29505 W SOUTNERN AVENUE
BUCKEYE AZ 85236

MID FIRST BANK
3030 E CAMELBACK RD
PHONEIX AZ 85016

MOORE STEVENS FRAZER & TORBET
PO BOX 3949
CITY OF INDUSTRY CA 91744

MOTOR VEHICLE DEPT
000000

NAN CONSULTING & NUTRITION
PO BOX 7178
CHANDLER AZ 85246-7178

NIELSEN INDUSTRIES INC
1549 S 59TH AVE
PHOENIX AZ 85043

O&E FARMS PARTNERSHIP
PO BOX 430
BUCKEYE AZ 85326

PHOENIX FENCE COMPANY-CORP
PO BOX 21183
PHOENIX AZ 85036-1183

RDO EQUIPMENT CO
2649 N 29TH AVE
PHOENIC AZ 85067

ROMANS' TIRE SERVICE SOLE PROP
PO BOX 1248
BUCKEYE AZ 85326

RURAL METRO
00000

SAFE & SOUND SECURITY SYSTEMS
PO BOX 1720
LAKESIDE AZ 85929

SOUTHWEST WATERWORKS CONTRACTORS INC
PO BOX 6339
PHOENIX AZ 85005-6339

SPRINKLER WORLD
2114 E INDIAN SCHOOL ROAD
PHOENIX AZ 85016

SRP
PO BOX 2950
PHOENIX AZ 85062-2950

STANDARD AND POOR'S
2542 COLLECTION CENTER DRIVE
CHICAGO IL 60693

SUNSET POINT HOMEOWNERS ASSOCIATION
C/O AAM LLC
7740 N 16TH STTREET STE 300
PHOENIX AZ 85020

TOM PERRY FARMS
4038 S TURQUIOSE DRIVE
BUCKEYE AZ 85326

TRIPLE W FARMS PARTNERSHIP
PO BOX 309
BUCKEYE AZ 85326

VERN & JOYCE SCHULZ FARMS PARTNERSHIP
309 SOUTH 1ST STREET
BUCKEYE AZ 85326

VERN LEWIS
742 MAIN STREET
AVONDALE AZ 85323

VSI
VETERINARY SUPPLY INTERNATIONAL LP
PO BOX 809
GILBERT AZ 85299

WR TAYLOR & COMPANY LLC
INVESTMENT BANKERS
4740 WOODMERE BOULEVARD
MONTGOMERY AL 36106

WALTER JENSEN CATTLE CO INC
PO BOX 65
KINGSBURG CA 93631

WESTERN AG ENTERPRISES INC
8121 W HARRISON
TOLLESON AZ 85353

WESTERN MILLING
DEPT 9287
LOS ANGELES CA 90084-9287

WSA FARMS LLC
3825 S 99TH AVE
TOLLESON AZ 85353