_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Joseph E. Cotterman (013800)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
E-mail: jec@gknet.com

Proposed Co-Counsel for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| MICHAEL PYLMAN DAIRY, L.L.C., | Case No. 2:09-bk-13232-GBN |
| Debtor. | **ORDER GRANTING APPLICATION TO EMPLOY GALLAGHER & KENNEDY, P.A., CO-COUNSEL FOR DEBTOR** |

This matter came before the Court on the *Application to Employ Gallagher & Kennedy, P.A. as Debtor's Co-Counsel* (the "Application") filed by the debtor and debtor-in-possession, Michael Pylman Dairy, L.L.C. ("MPD"). Having reviewed the Application and the Declarations pursuant to Rule 2014 and 2016 by Gallagher & Kennedy, P.A., proposed co-counsel for Debtor, and based on the record before the Court,

IT IS HEREBY ORDERED:

1. Approving the Application and authorizing the Debtor to employ and retain the firm of Gallagher & Kennedy, P.A., under a general retainer, to represent them in the prosecution of the Chapter 11 case and perform the services set forth in the Application;

1     2.     IT IS FURTHER ORDERED that no payment of legal fees and costs shall be made from property of Debtor's estate except upon application and further order of this Court. Gallagher & Kennedy shall file applications for approval of all fees and costs in this case regardless of whether it seeks payment from property of Debtor's estate.

3. This Order does not preclude payment of Gallagher & Kennedy's fees and costs by a non-debtor affiliate of Debtor from non-estate funds as described in the Application and supporting papers. No application to or order of the Court shall be required prior to any such payment from non-estate sources. However, immediately after receipt of any such payment from non-estate sources, Gallagher & Kennedy shall file a report with the Court setting forth the source and amount of such payment.

4. This order is subject to reconsideration. Except as expressly set forth herein, this Order does not, and shall not be construed to, impair or preclude any interested parties' rights, remedies, claims, or defenses in regard to any payments described herein.

**DATED AND SIGNED ABOVE.**