1  Joseph E. Cotterman (013800)
   GALLAGHER & KENNEDY, P.A.
2  2575 East Camelback Road
   Phoenix, Arizona 85016-9225
3  Telephone:  (602) 530-8000
   Facsimile:  (602) 530-8500
4  E-mail:  jec@gknet.com

5  Counsel for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| MICHAEL PYLMAN DAIRY, L.L.C., | Case No. 2:09-bk-13232-GBN |
| Debtor. | **MOTION/NOTICE OF CONVERSION OF CASE TO CHAPTER 7** |

Debtor and debtor-in-possession, Michael Pylman Dairy, L.L.C. ("MPD"), through undersigned counsel, hereby exercises its right to convert this case to a Chapter 7 liquidation proceeding pursuant to 11 U.S.C. §1112(a). This case was not commenced as an involuntary proceeding, and has not previously been converted to a case under this chapter of the Bankruptcy Code.

RESPECTFULLY SUBMITTED this 6th day of August, 2009.

GALLAGHER & KENNEDY, P.A.

By */s/ Joseph E. Cotterman* (013800)
   Joseph E. Cotterman
   2575 East Camelback Road
   Phoenix, Arizona 85016-9225
   Attorneys for Debtor

Copy of the foregoing emailed/mailed
this 17th day of July to:

Brian Sirower
Lori L. Winkelman
Quarles & Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004
Email: brian.sirower@quarles.com
      Lori.winkelman@quarles.com
Attorneys for M&I Marshall & Ilsley Bank

George Brandon
Kelly Singer
SQUIRE, SANDERS & DEMPSEY L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498
Email: gbrandon@ssd.com
      ksinger@ssd.com
Counsel to United Dairymen of Arizona

U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Email: USTPRegion14.px.ecf@usdoj.gov

Wade M. Burgeson, Esq.
ENGELMAN BERGER, P.C.
3636 North Central Avenue, Suite 700
Phoenix, AZ 85012
Email: wmb@engelmanberger.com
Attorneys for Receiver Edward M. Burr, Jr.

Joseph W. Kruchek, Esq.
Ethan B. Minkin, Esq.
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, AZ 85253-2738
Email: joe.kruchek@kutakrock.com
      ethan.minkin@kutakrock.com
Attorneys for MidFirst Bank

| | |
|---|---|
| 1 | Carolyn J. Johnsen |
| 2 | Todd B. Tuggle |
|   | JENNINGS, STROUSS & SALMON, P.L.C. |
| 3 | The Collier Center, 11th Floor |
|   | 201 East Washington Street |
| 4 | Phoenix, Arizona 85004-2385 |
|   | Email: cjjohnsen@jsslaw.com |
| 5 |     @jsslaw.com |
| 6 | Richard J. Cuellar |
|   | U.S. Trustee |
| 7 | Office of the U.S. Trustee |
|   | 230 North First Ave., Suite 204 |
| 8 | Phoenix, AZ 85003 |
|   | Email: ric.j.cuellar@usdoj.gov |
| 9 | |
|   | Lowell E. Rothschild |
| 10 | Brenda Moody Whinery |
|   | David J. Hindman |
| 11 | MESCH, CLARK & ROTHSCHILD, P.C. |
|   | 259 North Meyer Avenue |
| 12 | Tucson, Arizona 85701 |
|   | Email: lrothschild@mcrazlaw.com |
| 13 |     bwhinery@mcrazlaw.com |
|   |     dhindman@mcrazlaw.com |
| 14 | Attorneys for Arizona Grain, Inc. |
| 15 | |
|   | COPY of the foregoing mailed this 17th |
| 16 | day of July, 2009 to: |
| 17 | Legacy Farming Company-Partnership |
|   | 3825 South 99th Avenue |
| 18 | Tolleson AZ 85353 |
| 19 | Arizona Grain, Inc. |
|   | PO Box 11188 |
| 20 | Casa Grande, AZ 85230-1188 |
| 21 | O&E Farms Partnership |
|   | P.O. Box 430 |
| 22 | Buckeye, AZ 85326 |

| | |
|---|---|
| 1 | NAN Consulting & Nutrition |
| | P.O. Box 7178 |
| 2 | Chandler, AZ 85246-7178 |
| 3 | Imperial Western Products |
| | P.O. Box 1110 |
| 4 | Coachella, CA 92236 |
| 5 | |
| | Diamond Q Farms |
| | 13339 West Beverly |
| 6 | Goodyear, AZ 85323 |
| 7 | |
| | Western Milling |
| | Dept 9287 |
| 8 | Los Angeles, CA 90084-9287 |
| 9 | |
| | Tom Perry Farms |
| 10 | 4038 S Turquiose Drive |
| | Buckeye, AZ 85326 |
| 11 | |
| | A & M Livestock |
| 12 | Hiway 43 And Houston Ave. |
| | P.O. Box 96 |
| 13 | Hanford, CA 93232-0096 |
| 14 | Herd Health Mgmt |
| | P.O. Box 809 |
| 15 | Gilbert, AZ 85299 |
| 16 | Walter Jensen Cattle Co. Inc. |
| | P.O. Box 65 |
| 17 | Kingsburg, CA 93631 |
| 18 | VSI |
| | Veterinary Supply International L.P |
| 19 | P.O. Box 809 |
| | Gilbert, AZ 85299 |
| 20 | |
| | Anderson Clayton Corporation |
| 21 | 25500 W Southern Ave |
| | Buckeye, AZ 85426 |
| 22 | |

| | |
|---|---|
| 1 | WSA Farms, LLC |
| | 3825 South 99th Ave |
| 2 | Tolleson, AZ 85353 |
| 3 | |
| | Coe & Van Loo Consultants Inc |
| | 4550 N 12th Street |
| 4 | Phoenix, AZ 85014 |
| 5 | |
| | Calva Products Inc |
| | PO Box 126 |
| 6 | 4351 Winery Road |
| 7 | Acampo, CA 95220 |
| 8 | Maricopa County Treasurer |
| | P.O. Box 52133 |
| 9 | Phoenix, AZ 85072-2133 |
| 10 | D&R Farms Partnership |
| | P.O. Box 339 |
| 11 | Buckeye, AZ 85326 |
| 12 | Korral Kool Service |
| | 3355 North Reseda |
| 13 | Mesa, AZ 85215 |
| 14 | Energy Feed International, LLC |
| | PO Box 6039 |
| 15 | Lago Vista, TX 78645 |
| 16 | ___*/s/ Debra A. Lopez*___ |