**ORDERED ACCORDINGLY.**

**Dated: August 08, 2009**



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Joseph E. Cotterman (013800)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
E-mail: jec@gknet.com

Counsel for Debtor

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 |
|---|---|
| MICHAEL PYLMAN DAIRY, L.L.C., | Case No. 2:09-bk-13232-GBN |
| Debtor. | **ORDER CONVERTING CASE TO CHAPTER 7** |

This matter came before the Court on the *Motion/Notice Of Conversion Of Case To Chapter 7* (the "Conversion Motion") filed by the debtor and debtor-in-possession, Michael Pylman Dairy, L.L.C. ("MPD") on August 6, 2009 at ECF docket number 96. The Court has reviewed the Conversion Motion and finds good cause to convert this case as requested therein. Accordingly, IT IS HEREBY ORDERED:

1. The Conversion Motion is hereby granted.

2. MPD's Chapter 11 case is hereby converted to a liquidation case under Chapter 7 of the Bankruptcy Code.

3. The date of conversion of MPD's Chapter 11 case to Chapter 7 shall be the date this Order is entered for purposes of application of §348 of the Bankruptcy Code and F.R. Bankr. P. 1019. The Chapter 11 status hearing set 11/3/2009 at 9:45 a.m. is vacated.

**DATED AND SIGNED ABOVE.**