**ORDERED ACCORDINGLY.**

**Dated: October 14, 2009**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com

Attorneys for Diane M. Mann, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:

MICHAEL PYLMAN DAIRY, L.L.C.,

Debtor.

(Chapter 7 Case)

No. 2-09-bk-13232-GBN

**ORDER AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE BROKER**

Upon the Application to Employ Real Estate Broker filed by Diane M. Mann, Trustee, and it appearing that Beth Jo Zeitzer of R.O.I Properties, LLC is a disinterested person within the meaning of 11 U.S.C. §101(14) and good cause appearing therefor;

IT IS HEREBY ORDERED authorizing, Diane M. Mann, Trustee, to employ Beth Jo Zeitzer of R.O.I Properties, LLC, to sell property of this estate, on a non-exclusive basis, located in Maricopa County, Arizona, and described as follows: 6952 S. Skylark Lane, Buckeye, AZ 85326

IT IS FURTHER ORDERED that the real estate commission shall be 6% of the sales price and may be shared with a buyer's agent, and shall be subject to further application, notice and Order of this Court, pursuant to 11 U.S.C. §§ 327 & 330.

DATED _____.

_____
The Honorable George B. Nielsen
United States Bankruptcy Judge